# Court of Appeals
# of the State of Georgia

ATLANTA,  April 04, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1219. SAMUEL DAVIS v. THE STATE.**

In 2011, Samuel Davis pled guilty to burglary, and he was sentenced to probation. The trial court revoked Davis's probation, and Davis filed a motion for new trial. After, the trial court denied the motion, Davis filed this appeal. We, however, lack jurisdiction.

"In determining the proper procedure to follow in pursuing an appeal, the underlying subject matter generally controls over the relief sought." *Self v. Bayneum*, 265 Ga. 14, 14-15 (453 SE2d 27) (1995). Because the underlying subject matter of this appeal is the revocation of Davis's probation, he was required to file an application for discretionary appeal in order to appeal. See OCGA § 5-6-35 (a) (5), (b); *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999). His failure to do so deprives this Court of jurisdiction over this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  04/04/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____ , Clerk.